Angelo D. Johnson. 18A3458
Sullivan Corr. Facility
P.O. Box 116
Fallsburg, N.Y., 12733-0116

June. 27, 2021

To: Hon. Juelith C. McCarthy, U.S.M.J.

United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

Re: Johnson v. Brown, et al.       20-cv-03280 (KMK/JCM)

Dear Hon. McCarthy:

Please let this letter served as a Notice of Change of Address;

Plaintiff was placed on a PK transfer to the the Sullivan Corr. Facility on June. 23 2021.

There, Plaintiff current address is as follows:

Sullivan Corr. Facility
P.O. Box 116
Fallsburg, N.Y. 12733-0116

I thank the court for it's time and consideration into this matter.

Respectfully Submitted

Angelo D. Johnson
Pro se

cc: s/

**SULLIVAN CORRECTIONAL FACILITY**
P.O. BOX 116
FALLSBURG, NEW YORK 12733-0116

NAME: Angelo D. Johnson   DIN: 18R3452

RECEIVED
JUL 02 2021

Legal Mail



ALBANY NY 120
28 JUN 2021 PM 3 L

c/o
U.S.M.S.

Hon. Judith C. McCarthy,
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Angelo D. Johnson    DIN: 18A3458

confidential

♻ Printed on Recycled Paper