**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

October 29, 2021

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10803

Re: *Johnson v. Rev. Brown* et al. 20-CV-3280 (KMK-JCM)

Dear Hon. J. Karas:

    This is a 42 U.S.C. § 1983 matter brought by pro se inmate Angelo D. Johnson, a state prisoner. This Office represents two (2) defendants: Reverend Mary Ann Brown and Physician Assistant Rhonda Kosseff-Salchert. The matter alleges a 1st Amendment violation based on the denial of attendance at a religious ceremony on 10/7/2018 at Downstate Correctional Facility against Def. Reverend Brown and an alleged deliberate medical indifference based on the incorrect eyeglass prescription and contact lenses by Physician Assistant Kosseff-Salchert.

    Defendants request an extension of time to file for summary judgment. The undersigned is out of office due to a family matter. Defense Summary Judgment Motion is due 11/4/21. Plaintiff's response is due 12/4/21. Defense reply is due 12/18/21. Defendants respectfully request an adjournment to 11/12/2021 with a response date to 12/10 and a reply date of 12/21.

Respectfully submitted,

/s/
Janice Powers, Esq.
Asst. Attorney General

cc via regular mail:
Angelo D. Johnson 18-A-3458 Five Points Corr. Facility State Route 96 Box 119 Romulus, NY 14545

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
10/29/2021

44 SOUTH BROADWAY, WHITE PLAINS, NY 10601 • OFFICE: (914) 422-8755 • FAX (914) 422-8706 • AG.NY.GOV