UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELO D. JOHNSON,

                           Plaintiff,

      -against-                                      20 **CIVIL** 3280 (KMK)

                                                                    **JUDGMENT**

REV. BROWN and P.O. KOSSEFF-SALCHERT,

                           Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 19, 2022, Defendants' Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       July 19, 2022

                                                               **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                           **BY:**               *K. Mango*

                                                                   **Deputy Clerk**